UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES CUNNINGHAM,<br><br>                    Plaintiff,<br><br>     v.<br><br>KING COUNTY, et al.,<br><br>                    Defendants. | CASE NO. C14-0798-TSZ<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)   The Court adopts the unopposed Report and Recommendation;

(2)   Defendants' motion for summary judgment (Dkt. 18) is GRANTED and this matter is DISMISSED with prejudice; and

(3)   The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 23rd day of February, 2015.

*[signature: Thomas S. Zilly]*

THOMAS S. ZILLY
United States District Judge

ORDER OF DISMISSAL
PAGE - 1